HENRY I. CHRISTAL, Appellant, *v.* EDWARD PETRY, Individually and as a Stockholder, Director and President of EDWARD PETRY & COMPANY, INC., Respondent, et al., Defendants.

Argued February 28, 1950; decided May 25, 1950.

*Barney B. Fensterstock, Harry Zalkin* and *Israel Akselrod* for appellant.

*Robert H. O'Brien* and *Hamilton C. Rickaby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.